UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 19CR2410-JLS |
| Plaintiff, | ) | |
| | ) | **ORDER PERMITTING MENTAL** |
| v. | ) | **HEALTH CLINICIAN'S ENTRY** |
| | ) | **INTO THE MCC SAN DIEGO** |
| NATHAN TAYLOR LOPEZ, | ) | |
| Defendant | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that Christina LaCroix, MSW, LCSW be admitted into the MCC San Diego to perform a mental health assessment of the above-captioned defendant, Nathan Taylor Lopez, Register No. 75326-298.

**IT IS FURTHER ORDERED** that Ms. LaCroix be given access to all of Mr. Lopez's medical and psychological records.

A certified copy of this Order shall be provided to the MCC San Diego.

IT IS SO ORDERED.

Dated:  December 1, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge